HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SAMMAMISH HILLS OWNERS ASSOCIATION, a Washington Non-Profit Corporation,<br><br>                    Plaintiff,<br>v.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois Corporation; GOLDEN BEAR INSURANCE COMPANY, a California Corporation; and DOE INSURANCE COMPANIES 1–10,<br><br>                    Defendants. | NO. 2:22-cv-01514-RAJ<br><br>NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT ALLSTATE INSURANCE COMPANY WITHOUT PREJUDICE AND WITHOUT COSTS |

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Sammamish Hills Owners Association ("Association") hereby dismisses its claim only against Defendant Allstate Insurance Company ("Allstate") without prejudice and without costs. Allstate has not served either an answer or a motion for summary judgment, and Fed. R. Civ. P. Rules 23(e), 23.1(c), 23.2 and 66 do not apply to this action. Accordingly, the Association may dismiss its claim against only Allstate without a court order pursuant to Fed. R. Civ. P. 41(a). All other defendants remain in this action.

Dated the 14th day of December, 2022.

**STEIN, SUDWEEKS & STEIN, PLLC**

/s/ *Jerry H. Stein*
Jerry H. Stein, WSBA #27721
/s/ *Justin D. Sudweeks*
Justin D. Sudweeks, WSBA #28755

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT ALLSTATE INSURANCE COMPANY WITHOUT PREJUDICE AND WITHOUT COSTS - 1

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PARKWAY., SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660

| | |
|---|---|
| 1 | /s/ *Daniel J. Stein* |
| 2 | Daniel J. Stein, WSBA #48739 |
|   | /s/ *Jessica R. Burns* |
| 3 | Jessica R. Burns, WSBA #49852 |
|   | 16400 Southcenter Parkway, Suite 410 |
| 4 | Tukwila, WA 98188 |
|   | Email: jstein@condodefects.com |
| 5 | Email: justin@condodefects.com |
|   | Email: dstein@condodefects.com |
| 6 | Email: jessica@condodefects.com |
|   | Telephone: (206) 388-0660 |
| 7 | Facsimile: (206) 286-2660 |
|   | ***Attorneys for Plaintiff*** |

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT ALLSTATE INSURANCE COMPANY WITHOUT PREJUDICE AND WITHOUT COSTS - 2

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PARKWAY., SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2022, a copy of the foregoing *Document* and this *Certificate of Service* were served on counsel below as noted:

Attorney for Defendant Allstate Insurance Company:
Alfred E. Donohue
Wilson Smith Cochran Dickerson
1000 Second Avenue, Suite 2050
Seattle, WA 98104
(206) 623-4100
donohue@wscd.com
obrien@wscd.com
strelyuk@wscd.com
workman-hank@wscd.com

☐ via US Mail
☐ via Legal Messenger
☐ via E-Mail
☑ via USDC ECF

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

SIGNED this 14th day of December, 2022, at Tukwila, Washington.

*s/Zach Heafner*
Zach Heafner
Stein, Sudweeks & Stein, PLLC
16400 Southcenter Parkway, Suite 410
Tukwila, WA 98188
Email: zach@condodefects.com
Phone: (206) 388-0660

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT ALLSTATE INSURANCE COMPANY WITHOUT PREJUDICE AND WITHOUT COSTS - 3

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PARKWAY., SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660