HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SAMMAMISH HILLS OWNERS ASSOCIATION, a Washington Non-Profit Corporation,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois Corporation; GOLDEN BEAR INSURANCE COMPANY, a California Corporation; and DOE INSURANCE COMPANIES 1–10,<br><br>　　　　　　　　　Defendants. | NO. 2:22-cv-01514-RAJ<br><br>NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT GOLDEN BEAR INSURANCE COMPANY WITHOUT PREJUDICE AND WITHOUT COSTS AND REQUEST THAT THE CASE BE CLOSED |

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Sammamish Hills Owners Association ("Association") hereby dismisses its claim against Defendant Golden Bear Insurance Company ("Golden Bear") without prejudice and without costs. Golden Bear has not served either an answer or a motion for summary judgment, and Fed. R. Civ. P. Rules 23(e), 23.1(c), 23.2 and 66 do not apply to this action. Accordingly, the Association may dismiss its claim against Golden Bear without a court order pursuant to Fed. R. Civ. P. 41(a). As no other Defendants remain in this lawsuit other than Doe Insurance Companies 1–10, which the Association dismisses without prejudice and without costs, the Association asks that this case be closed.

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT GOLDEN BEAR INSURANCE COMPANY WITHOUT PREJUDICE AND WITHOUT COSTS AND REQUEST THAT THE CASE BE CLOSED - 1

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PARKWAY., SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660

Dated the 10th day of January, 2023.

**STEIN, SUDWEEKS & STEIN, PLLC**

/s/ *Jerry H. Stein*
Jerry H. Stein, WSBA #27721
/s/ *Justin D. Sudweeks*
Justin D. Sudweeks, WSBA #28755
/s/ *Daniel J. Stein*
Daniel J. Stein, WSBA #48739
/s/ *Jessica R. Burns*
Jessica R. Burns, WSBA #49852
16400 Southcenter Parkway, Suite 410
Tukwila, WA 98188
Email: jstein@condodefects.com
Email: justin@condodefects.com
Email: dstein@condodefects.com
Email: jessica@condodefects.com
Telephone: (206) 388-0660
Facsimile: (206) 286-2660
***Attorneys for Plaintiff***

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT GOLDEN BEAR INSURANCE COMPANY WITHOUT PREJUDICE AND WITHOUT COSTS AND REQUEST THAT THE CASE BE CLOSED - 2

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PARKWAY., SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2023, a copy of the foregoing **Document** and this *Certificate of Service* were served on counsel below as noted:

<u>Attorney for Defendant Allstate Insurance Company:</u>
Alfred E. Donohue
Wilson Smith Cochran Dickerson
1000 Second Avenue, Suite 2050
Seattle, WA 98104
(206) 623-4100
donohue@wscd.com
obrien@wscd.com
strelyuk@wscd.com
workman-hank@wscd.com

☐ via US Mail
☐ via Legal Messenger
☐ via E-Mail
☑ via USDC ECF

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

SIGNED this 10th day of January, 2023, at Tukwila, Washington.

<u>s/Zach Heafner</u>
Zach Heafner
Stein, Sudweeks & Stein, PLLC
16400 Southcenter Parkway, Suite 410
Tukwila, WA 98188
Email: zach@condodefects.com
Phone: (206) 388-0660

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT GOLDEN BEAR INSURANCE COMPANY WITHOUT PREJUDICE AND WITHOUT COSTS AND REQUEST THAT THE CASE BE CLOSED - 3

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PARKWAY., SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660